UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| GLOBAL VOICE GROUP SA,<br><br>   *Appellant,*<br><br>v.<br><br>THE REPUBLIC OF GUINEA,<br><br>   *Appellee.* | No. 25-7033 |

**AMENDED CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES, AND CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Pursuant to the Court's March 17, 2025 Order and D.C. Circuit Rule 15(c)(3), Appellant Global Voice Group SA provides the following information:

**A. Parties and Amici**

The parties before this Court are Appellant Global Voice Group SA, a company organized under the laws of the Seychelles; and Appellee the Republic of Guinea, a foreign state.

There are no *amici* to date.

**B. Ruling Under Review**

This is an appeal from the Order and Memorandum Opinion entered by Judge Jia M. Cobb on February 18, 2025 (ECF Nos. 43 & 44) granting Defendant Republic

1

of Guinea's motion to dismiss and denying Plaintiff's motions for default judgment or summary judgment. These decisions have not been published, but the Memorandum Opinion is available at 2025 WL 522048.

## C. Related Cases

There are no related cases.

## D. Disclosure Statement Pursuant to Circuit Rule 26.1

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, undersigned counsel certifies that:

Appellant Global Voice Group SA, a company organized under the laws of the Seychelles, has no parent company, and no publicly held company has a 10% or greater ownership interest in it.

Dated: April 16, 2025

Respectfully submitted,

 /s/ Matthew E. Draper
Matthew E. Draper
Draper & Draper LLC
100 Park Avenue, Suite 1600
New York, NY 10017
T: +1 347-442-7788
Matthew.Draper@draperllc.com

*Counsel for Appellant
Global Voice Group SA*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing Amended Certificate as to Parties, Rulings, and Related Cases, and Disclosure Statement Pursuant to Circuit Rule 26.1 with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on April 16, 2025, and that all parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated: April 16, 2022

      /s/ *Matthew E. Draper*
      Matthew E. Draper
      D.C. Bar No. 1045930
      Draper & Draper LLC
      100 Park Avenue, Suite 1600
      New York, NY 10017
      T: +1 347-442-7788
      Matthew.Draper@draperllc.com

      *Counsel for Appellant*
      *Global Voice Group SA*