**NOT YET SCHEDULED FOR ORAL ARGUMENT**

# United States Court of Appeals
# for the District of Columbia Circuit

### No. 25-7033

GLOBAL VOICE GROUP SA,

*Plaintiff-Appellant,*

*v.*

REPUBLIC OF GUINEA,

*Defendant-Appellee.*

_____

*On Appeal from the United States District Court for the District of Columbia in No. 1:22-cv-02100-JMC, Honorable Jia M. Cobb, U.S. District Judge.*

## STATUTORY ADDENDUM TO BRIEF FOR APPELLEE

JAMES H. BOYKIN, III (admitted)
CARTER ROSEKRANS (admitted)
WINTHROP JORDAN (admitted)
KAYAHAN CANTEKIN (on brief)
HUGHES HUBBARD & REED LLP
1775 I Street NW, Suite 600
Washington, DC 20006
(202) 721-4600
james.boykin@hugheshubbard.com
carter.rosekrans@hugheshubbard.com
winthrop.jordan@hugheshubbard.com
kayahan.cantekin@hugheshubbard.com

*Counsel for Appellee*

July 17, 2025

# ADDENDUM

Except for the following, all applicable statutes, etc. are contained in the Opening Brief of Appellant Global Voice Group SA.

Foreign Sovereign Immunities Act
28 U.S.C. § 1604 ............................................................................................... Add. 2
28 U.S.C. § 1608(a) ......................................................................................... Add. 3

# 28 U.S.C. § 1604

## §1604. Immunity of a foreign state from jurisdiction

Subject to existing international agreements to which the United States is a party at the time of enactment of this Act a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States except as provided in sections 1605 to 1607 of this chapter.

**28 U.S.C. § 1608(a)**

**§1608. Service; time to answer; default**

(a) Service in the courts of the United States and of the States shall be made upon a foreign state or political subdivision of a foreign state:

    (1) by delivery of a copy of the summons and complaint in accordance with any special arrangement for service between the plaintiff and the foreign state or political subdivision; or

    (2) if no special arrangement exists, by delivery of a copy of the summons and complaint in accordance with an applicable international convention on service of judicial documents; or

    (3) if service cannot be made under paragraphs (1) or (2), by sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned, or

    (4) if service cannot be made within 30 days under paragraph (3), by sending two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services—and the Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted.

As used in this subsection, a "notice of suit" shall mean a notice addressed to a foreign state and in a form prescribed by the Secretary of State by regulation.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July 2025, I electronically filed the foregoing addendum using the CM/ECF system, which served all counsel of record registered with the CM/ECF system. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated:        July 17, 2025            */s/ James H. Boykin, III*

James H. Boykin, III
1775 I Street, N.W.
Washington, D.C.  20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
james.boykin@hugheshubbard.com

*Counsel for the Republic of Guinea.*